# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

(1) ProDigital Labs, LLC, an
    Oklahoma limited liability company,

      Plaintiff,

v.

(1) Straight Smile, LLC d/b/a Byte, a
    Delaware limited liability company,

      Defendant.

Case No. CIV-23-101-J

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff, ProDigital Labs, LLC, hereby dismisses with prejudice all claims against Defendant, Straight Smile, LLC d/b/a Byte set forth in the above-captioned lawsuit, with each party to bear its own attorneys' fees and costs.

Dated this 18th day of August, 2025.

    /s/ *Taylor Kaye Weder*
Len B. Cason, OBA No. 1553
Mark R. McPhail, OBA No. 15307
Taylor Kaye Weder, OBA No. 34045
Hartzog Conger Cason LLP
201 Robert S. Kerr Avenue, Suite 1600
Oklahoma City, Oklahoma 73102
Telephone: 405-235-7000
Facsimile: 405-996-3403
lcason@hartzoglaw.com
mmcphail@hartzoglaw.com
tweder@hartzoglaw.com

-and-

Justin R. Landgraf, OBA No. 22204
REPUBLIC LAW GROUP
7 East Main Street
Ardmore, Oklahoma 73401
Phone: (580) 226-6277
justin@republiclawgroup.com
**ATTORNEYS FOR PLAINTIFF
PRODIGITAL LABS, LLC**


 /s/ Kristen P. Evans
Kristen P. Evans, OBA #30210
Dawson A. Brotemarkle, OBA #31495
HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone (918) 594-0400
Facsimile (918) 594-0505
kevans@hallestill.com

-and-

Seth A. Day, OBA #20670
Alexander Crawley, OBA #34634
HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone (405) 553-2828
Facsimile (405) 553-2855
clamle@hallestill.com
**ATTORNEYS FOR DEFENDANT,
STRAIGHT SMILE LLC D/B/A BYTE**

**CERTIFICATE OF SERVICE**

..I hereby certify that on the 18th day of August, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. The Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Kristen P. Evans
Dawson A. Brotemarkle
HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
kevans@hallestill.com
dbrotemarkle@hallestill.com

Seth A. Day
Alexandra Crawley
HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
sday@hallestill.com
acrawley@hallestill.com

/s/ *Taylor Kaye Weder*
Taylor Kaye Weder